Judge McMahon

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA       :

    - v. -                          :    INFORMATION

OGECHUKWA UDEOZO,              :    13 CRIM 842

           Defendant.        :

- - - - - - - - - - - - - - - - - - - x

ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 24 2013

COUNT ONE
(Conspiracy to Steal Mail)

The United States Attorney charges:

1.  In at least in or about February 2013 up to and including March 2013, in the Southern District of New York and elsewhere, OGECHUKWA UDEOZO, the defendant, and others known and unknown, willfully and knowingly did combine, conspire, confederate, and agree together and with each other to commit an offense against the United States, to wit, to violate Title 18, United States Code, Section 1708.

2.  It was a part and an object of the conspiracy that OGECHUKWA UDEOZO, the defendant, and others known and unknown, would and did steal, take, and abstract, and by fraud or deception obtain, and attempt to obtain, from or out of any mail, post office, and station thereof, letter box, mail receptacle, and any mail route and other authorized depository for mail matter, and from a letter or mail carrier, letters,

postal cards, packages, bags, and mails, and abstract and remove from such letters, packages, bags, and mail, articles and things contained therein, and secret, embezzle, and destroy such letters, postal cards, packages, bags, and mail, and articles and things contained therein, to wit, UDEOZO and her co-conspirators stole checks that had been sent to United States Post Office Boxes located in Manhattan, New York.

Overt Acts

3. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a. On or about February 12, 2013, OGECHUKWA UDEOZO, the defendant, deposited a check in the amount of $95,383.37 in Staten Island, New York, which check had been sent to a United States Post Office Box located in Manhattan, New York.

b. On or about March 19, 2013, UDEOZO deposited a check in the amount of $105,000 in Bayonne, New Jersey, which check had been sent to a United States Post Office Box located in Manhattan, New York.

(Title 18, United States Code, Section 371.)

## Forfeiture Allegation

4.  As a result of committing the offense charged in Count One of this Information, OGECHUKWA UDEOZO, the defendant, shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461, any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of said offense and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offense charged in Count One of this Information.

## Substitute Asset Provision

5.  If any of the above-described forfeitable property, as a result of any act or omission of OGECHUKWA UDEOZO, the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with a third person;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 18 U.S.C. § 981(a)(1)(C), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the defendant.

(Title 18, United States Code, Section 981(a)(1)(C), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c).)

*[signature]*
PREET BHARARA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

OGECHUKWA UDEOZO,

               Defendant.

---

**INFORMATION**

13 Cr.

(18 U.S.C. § 371.)

               PREET BHARARA
               United States Attorney.

---

*[handwritten notation]*